UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X

SABRINA ELLIOT,

                Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECRITY,

                Defendant.

----------------------------------X

STIPULATION AND ORDER
REGARDING ATTORNEY FEES

Civil Action No. 13-CV-2673

(Brodie, J.)

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff, SABRINA ELLIOT, and counsel for Defendant, COMISSIONER OF SOCIAL SECURITY, that Plaintiff's petition for attorney fees and costs pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, filed with the Court on December 24, 2014, is hereby withdrawn.

IT IS FURTHER STIPULATED AND AGREED that Plaintiff is awarded $7,560.91 (Seven Thousand Five Hundred Sixty Dollars and Ninety-One Cents) in attorney fees and $400.00 (Four Hundred Dollars and No Cents) in costs in full satisfaction of any claim under the EAJA. Payment of fees may be made directly to Plaintiff's attorney provided that Plaintiff agrees to assign her rights to the fees to the attorney and provided that Plaintiff owes no debt that is subject

*Elliot v. Commissioner of Social Security, 13-CV-2673 (MKB) EAJA Stipulation*

to offset under the Treasury Offset Program.

Dated:  Brooklyn, New York
        January __, 2013

                                              LOUIS R. BURKO
                                              Severance, Burko, & Spalter, P.C.
                                              16 Court Street, Suite 2800
                                              Brooklyn, New York   11241
                                              (718) 625-2300
                                              louis_burko@sbscomplaw.com

Brooklyn, New York                 LORETTA E. LYNCH
January 5, 2015                      United States Attorney
                                           Eastern District of New York
                                           Attorney for Defendant
                                           271-A Cadman Plaza East, 7th floor
                                           Brooklyn, New York   11201

                                 By: _____
                                           KATHLEEN A. MAHONEY
                                           Assistant U.S. Attorney
                                           (718) 254-6026/7000
                                           kathleen.mahoney@usdoj.gov

                                           **SO ORDERED:**
                                           s/ MKB 1/6/2015

                                           _____
                                           **MARGO K. BRODIE**
                                           **United States District Judge**